IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-00163-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **CONSENT ORDER** |
| | ) | **RETURN OF PROPERTY** |
| NORMAN LAQUINN HEWETT, | ) | |
| Defendant | ) | |

This cause comes before the Court upon the unopposed motion for return of property filed herein by the Defendant, by and through his undersigned counsel, and agreed to by the Government, by and through the undersigned Assistant United States Attorney, regarding the return of certain property of the Defendant seized by law enforcement pursuant to a search warrant executed at the Defendant's premises on January 16, 2020. Said property is described as a 2014 GMC Sierra pickup truck, vehicle identification number 8GTU2UEC1EG164320, North Carolina license tag number HCF-1279, and a Homesteader Trailer, North Carolina license tag number AJ-87526. The parties agree, and the Court finds, that no controlled substances or firearms were found in said truck and trailer on or after the search of the premises on January 16, 2020; that the Defendant pled guilty on March 28, 2022 to the charges herein, and there is no reason for the Government to retain possession of the above vehicle and trailer; and that the Defendant desires that the truck and trailer be released to his mother, Julia Hewett, who is a resident of Bolivia, Brunswick County, North Carolina.

The parties further agree, and the Court further finds, that the Brunswick County Sheriff's Department requires a court order for releasing the truck and trailer, and further

1

requires a one-time cash payment impound fee of $150 by the recipient once the release of the truck and trailer is approved.

NOW THEREFORE, in accordance with the foregoing, and with the consent of the parties, it is HEREBY ORDERED that the 2014 GMC Sierra pickup truck, vehicle identification number 8GTU2UEC1EG164320, and the Homesteader trailer, be released to the Defendant's mother, Julia Hewett, of Bolivia, Brunswick County, North Carolina, upon the payment of the impound fee as required by the Brunswick County Sheriff's Department.

This the **14** day of June, 2022.

_____
James C. Dever III
United States District Judge

We Consent:

/s/ Scott A. Lemmon
Scott A. Lemmon
Assistant United States Attorney
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4500
Email: Scott.Lemmon@usdoj.gov

DUNN, PITTMAN, SKINNER & CUSHMAN, PLLC
Attorneys for Defendant
Norman Laquinn Hewett

By: /s/ Rudolph A. Ashton, III
North Carolina State Bar No. 0125
3230 Country Club Road
Post Office Drawer 1389
New Bern, NC 28563
Telephone: (252) 633-3800
Facsimile: (252) 633-6669
Email: rashton@dunnpittman.com

2